> The status conference scheduled for March 18, 2022 is adjourned to April 29, 2022 at 10:00 a.m.  A status letter, as described below, will be due April 18, 2022.
> So ordered.
> /s/ Alvin K. Hellerstein
> March 16, 2022



| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **W. SIMONE NICHOLSON**<br>*Special Assistant Corporation Counsel*<br>(212) 356-2394<br>Mobile:  (646) 391-6899 |

March 15, 2022

**VIA ECF**
Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *R.B. et. al., v. N.Y.C. Dep't of Educ.*, 21-cv-6117(AKH)(RWL)

Dear Judge Hellerstein:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiffs seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq. ("IDEA"), as well as for this action.

The parties write to respectfully request an adjournment *sine die* of the initial conference set for March 18, 2022.  This is the first request for an adjournment. Plaintiff consents to this request.  The adjournment will give the parties an opportunity to begin settlement discussions and resolve the case without burdening the Court with conferences or motion practice.  Defendant notes that our office has resolved many dozens of similar actions for IDEA fees with the Roller firm in recent years without motion practice, and we fully expect this case to follow the same course.

Accordingly, the parties respectfully request an adjournment of the March 18 conference *sine die*, with a status letter due by April 18, 2022, either informing the Court that the case has been fully resolved, or, proposing a briefing schedule on the issue of reasonable attorneys' fees and costs.

Thank you for considering this request.

Respectfully submitted,
_____/s/_____
W. Simone Nicholson
Special Assistant Corporation Counsel

cc: Irina Roller, Esq. (via ECF)